■ MICHAEL STEBICK et al., Respondents, v RITA McGEE et al., Appellants, et al., Defendant. [38 NYS3d 457]—Appeal from a corrected order and judgment (one paper) of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered November 4, 2015. The corrected order and judgment granted the motion of plaintiffs for summary judgment, declared null and void the subject deed of conveyance and granted plaintiffs specific performance.

It is hereby ordered that the corrected order and judgment so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Carni, Lindley, DeJoseph and NeMoyer, JJ.

■ EUGENE MARGERUM et al., Respondents, et al., Plaintiff, v CITY OF BUFFALO et al., Appellants, et al., Defendant. [38 NYS3d 458]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered October 23, 2015. The order denied the motion of defendants City of Buffalo and City of Buffalo Department of Fire for the Court to recuse itself from this action.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 12, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Carni, Lindley, DeJoseph and NeMoyer, JJ.